Erica Maharg (Bar No. 279396)
Email: eam@atalawgroup.com
Harrison M. Beck (Bar No. 341717)
Email: hmb@atalawgroup.com
AQUA TERRA AERIS (ATA) LAW GROUP
4030 Martin Luther King Jr. Way
Oakland, CA 94609
Telephone: 510-473-8793

Daniel Cooper (Bar No. 153576)
Email: daniel@sycamore.law
SYCAMORE LAW
1004 B O'Reilly Street
San Francisco, CA 94129
Telephone: 415-360-2962

**Attorneys for Plaintiff**
*COASTAL RANCHES CONSERVANCY*

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| COASTAL RANCHES CONSERVANCY, <br><br> Plaintiff, <br> vs. <br><br> CALIFORNIA DEPARTMENT OF TRANSPORTATION; TONY TAVARES, in his official capacity as Director of the California Department of Transportation, <br><br> Defendants. | Case No.: <br><br> **COMPLAINT FOR DECLARATORY AND INJUNCTIVE RELIEF** <br><br> **(Endangered Species Act, 16 U.S.C. §1531 *et seq.*)** |

Coastal Ranches Conservancy (the "Conservancy"), by and through their counsel, hereby allege:

## I.    JURISDICTION

1.    Plaintiff brings this action under the Endangered Species Act ("ESA") against the California Department of Transportation and Tony Tavares in his official capacity as Director of the Department of Transportation (collectively, "Caltrans").

2.    This Court has jurisdiction over this action pursuant to 16 U.S.C. § 1540(c), (g) (Endangered Species Act citizen suit); 28 U.S.C. § 1331 (federal question); and 28 U.S.C. §§ 2201–2202 (power to issue declaratory judgments in cases of actual controversy).

3.    This Court has jurisdiction over Plaintiff's claims against Caltrans ("Defendant"), as "the several district courts of the United States, including the courts enumerated in section 460 of Title 28 U.S.C, shall have jurisdiction over any actions arising under" the ESA. 16 U.S.C. § 1540(c).

4.    Venue is proper in the Central District of California pursuant to 16 U.S.C. § 1540(g)(3)(A) and 28 U.S.C. § 1391(b)(2) because a substantial part of the events or omissions giving rise to Plaintiffs' claims occurred in this District.

5.    Plaintiffs provided Defendant with a notice of intent to file suit under the ESA ("Notice Letter") on November 17, 2023, by certified mail, pursuant to 16 U.S.C. § 1540(g)(2)(A)(i). Plaintiffs also sent the Notice Letter to the Secretary of the Commerce. A copy of this Notice Letter is attached hereto as Exhibit A and fully incorporated herein by reference.

6.    More than sixty (60) days have passed since Defendant was served with the Notice Letter, and Defendants have failed to remedy their violations.

7.     There is no preclusion of this action because the United States has not commenced an action to impose a penalty and/or is not diligently prosecuting a criminal action to redress the violations alleged in this Complaint. *See* 16 U.S.C. § 1540(g)(2)(A)(ii)–(iii).

8.     The ESA violations described herein continue to occur through the present, and an actual, justiciable controversy exists within the meaning of 28 U.S.C. § 2201(a).

## II.    INTRODUCTION

9.     Caltrans built, owns, maintains, and operates fourteen (14) barriers to fish passage in Gaviota Creek installed to support Highway 101.

10.     CalTrans has identified the fourteen (14) barriers in Gaviota Creek in its Fish Passage Annual Legislative Report for statewide priority removal since at least 2015.

11.     By inhibiting fish passage, these barriers alter critical habitat of endangered Southern California Steelhead ("Steelhead") and interfere with the species' essential behaviors, resulting in take of Steelhead.

12.     Caltrans has never obtained a permit for the take of endangered Steelhead resulting from the fourteen (14) barriers it maintains in Gaviota Creek.

13.     Caltrans has begun the planning and approval process for the Gaviota Creek Improvement Project ("Improvement Project") to remove fish barriers on Gaviota Creek. However, the completion date of this project is unknown and contingent. Implementation has been "pending" for decades and continues to be delayed.

COMPLAINT FOR DECLARATORY AND INJUNCTIVE RELIEF

14.     More recently, Caltrans undertook an "emergency project" in Gaviota Creek, killing Steelhead and destroying critical habitat.

15.     Caltrans has known for at least three-and-one-half years that Gaviota Creek was scouring Highway 101.

16.     After further damage occurred during the 2022–2023 wet season, Caltrans deemed the scouring damage to be an "emergency" and planned and implemented the Gaviota Creek Scour Repair Project ("Scour Repair Project") to repair portions of Highway 101.

17.     While implementing the Scour Repair Project, Caltrans completely diverted and dewatered a section of Gaviota Creek, which barred endangered Steelhead from accessing key habitat to shelter and seek refuge during the hot summer months.

18.     As part of the Scour Repair Project, Caltrans killed at least three Steelhead during their attempts to relocate endangered Steelhead from the dewatered segment of Gaviota Creek.

19.     The Scour Repair Project has eliminated Steelhead habitat in the project footprint.

20.     Caltrans has not conducted or completed restoration of habitat impacted by the Scour Repair Project.

21.     The Scour Repair Project has resulted in new and ongoing adverse impacts to critical habitat and impacts to Steelhead essential behaviors, such as sheltering and migration.

22.     To Plaintiff's knowledge, Caltrans has never obtained an incidental take permit under ESA section 10, 16 U.S.C. § 1539, or a valid incidental take statement

issued under ESA section 7, 16 U.S.C. § 1536, for endangered Steelhead in Gaviota Creek.

23.    As such, any "take" of endangered Steelhead caused by the fourteen (14) Caltrans barriers in Gaviota Creek or resulting from the implementation of the Scour Repair Project violates the ESA. *See* 16 U.S.C § 1538; 50 C.F.R. §§ 224.102, 17.21.

24.    The Conservancy seeks declaratory relief and an injunction compelling the removal of all barriers installed and maintained by Defendant and mitigation of any "take" of Steelhead already caused by Defendant.

## III.    THE PARTIES

### A.    COASTAL RANCHES CONSERVANCY

25.    The Conservancy is a California 501(c)(3) non-profit public benefit corporation.

26.    The Conservancy's headquarters are located at: 68 Hollister Ranch Rd., Gaviota, CA 93117.

27.    The Conservancy was formed in 2003 by a group of Gaviota ranchers to protect and improve natural resources on the Gaviota Coast.

28.    Coastal Ranches Conservancy supports nature conservation, restoration, and education on the Gaviota Coast by working with landowners, public agencies, and other non-profit organizations.

29.    The focus of the Conservancy is exclusively on the Gaviota Coast, a globally significant Mediterranean landscape and biodiversity hot spot representing approximately 50 percent of the remaining rural coastline in Southern California.

30.     In 2013, the organization decided to focus its efforts on the Gaviota Creek watershed because of its high-value habitat for a large number of sensitive and endangered species.

31.     The Conservancy's board members include local property owners, scientists from the University of California at Santa Barbara, land managers, and land-use attorneys, and have beneficial, extensive, and personal interests in the Gaviota Creek watershed well beyond that of the general public.

32.     The Conservancy's members work, live, and recreate on the Gaviota Coast, including near and in Gaviota Creek and the Gaviota Creek Estuary.

33.     One or more of the Conservancy's members is injured by Defendants' actions, which have resulted in take of Southern California Steelhead and ongoing harm to the species' habitat in Gaviota Creek.

**B.     CALIFORNIA DEPARTMENT OF TRANSPORTATION**

34.     Caltrans is a legal subdivision of the State of California, created by the California legislature in its current form in 1973.

35.     Tony Tavares is the Director of Caltrans.

36.     Caltrans built, operates, and maintains California's highways and freeways, including specifically the stretch of Highway 101 in the Gaviota Creek watershed.

37.     Highway 101 is immediately adjacent to Gaviota Creek from 0.8 miles north of the Highway 1/Highway 101 intersection (Las Cruces) to the intersection with the Gaviota State Park access road, two-and-one-half (2.5) miles south of Las Cruces. The creek is almost entirely within the Caltrans right of way ("ROW") for this approximately three-and-one-third (3.3) mile distance and the abutments,

1    footings, culverts, grade control structures, and flow diversions in and adjacent to

2    Gaviota Creek are owned, operated, and maintained by Caltrans.

3        38.    Caltrans built, owns, and maintains structures in or adjacent to the

4    Gaviota Creek bed, including the fourteen (14) barriers to fish passage identified for

5    statewide priority removal.

6        39.    These structures either partially or completely block the passage of

7    Steelhead and are the primary reason for the decline of the Steelhead population of

8    Gaviota Creek.

9        40.    Caltrans approved and implemented the Scour Repair Project.

10        41.    Caltrans' implementation and construction the Scour Repair Project is

11    ongoing, and the construction continues to adversely affect the Gaviota Creek

12    Steelhead population.

13    **IV.    STATUTORY BACKGROUND**

14        42.    Finding that "fish, wildlife, and plants are of esthetic, ecological,

15    educational, historical, recreational, and scientific value to the Nation and its people,"

16    Congress enacted the ESA in order to "provide a program for the conservation of . . .

17    endangered species and threatened species," and to "provide a means whereby the

18    ecosystems upon which endangered species and threatened species depend may be

19    conserved." 16 U.S.C. § 1531(a)(3), (b).

20        43.    The ESA defines "conservation" as "the use of all methods and

21    procedures that are necessary to bring any endangered species or threatened species

22    to the point at which the measures provided pursuant to this chapter are no longer

23    necessary." 16 U.S.C. § 1532(3). Accordingly, the primary purpose of the ESA is not

24    simply to prevent the extinction of imperiled species, but to recover them to the point

1  where the protections of the ESA are not needed. *Babbitt v. Sweet Home Chapter of*

2  *Cmtys. for a Great Or.*, 515 U.S. 687, 699 (1995) ("*Sweet Home*") (*citing TVA v.*

3  *Hill*, 437 U.S. 153, 184 (1978)) (noting that the "plain intent of Congress in enacting

4  [the ESA] . . . was to halt and reverse the trend towards species extinction, whatever

5  the cost").

6      44.    One significant way in which the ESA implements these goals is through

7  Section 9's prohibition on take, which prohibits the "taking" of any endangered

8  species. 16 U.S.C. §1538(a). The ESA defines the term "take" broadly to include

9  "*harass*, *harm*, pursue, hunt, shoot, wound, *kill*, *trap*, capture, or collect, or to attempt

10  to engage in any such conduct." *Id*. § 1532(19) (emphasis added).

11      45.    "Take" includes indirect as well as direct harms and need not be

12  purposeful. *See Sweet Home*, 515 U.S. at 704.

13      46.    "Harm" is further defined by the National Marine Fisheries Service

14  ("NMFS"), the agency tasked with protecting and conserving Southern California

15  Steelhead, among other species, as an act which actually kills or injures fish or

16  wildlife, including for example: "significant habitat modification or degradation

17  which actually kills or injures fish or wildlife by significantly *impairing essential*

18  *behavioral patterns*, including, breeding, *spawning*, rearing, migrating, feeding or

19  *sheltering*." 50 C.F.R. § 17.3 (emphasis added).

20      47.    "Harass" means an act or omission that creates the "probability" or

21  "likelihood" of disrupting one or more behavioral patterns essential to the species'

22  life history. *Strahan v. Roughead*, 910 F. Supp. 2d 358, 366–67 (D. Mass. 2012);

23  *Palila v. Haw. Dep't of Land & Nat. Res.*, 639 F.2d 495, 497 (9th Cir. 1981); 50

24  C.F.R. § 17.3.

48.    In other words, "take" occurs when habitat has been modified in a manner reasonably certain to harm an endangered species by impairing an essential behavior. *See Sweet Home*, 515 U.S. at 700; *Forest Conservation Council v. Rosboro Lumber*, 50 F.3d 781, 784, 787–88 (9th Cir. 1995); *Marbled Murrelet v. Pacific Lumber Co.*, 83 F.3d 1060, 1064, 1067 (9th Cir. 1996).

49.    For "take" to be lawful under the ESA, it must be conducted pursuant to, and in compliance with, a valid Incidental Take Permit under ESA Section 10, 16 U.S.C. § 1539, or an Incidental Take Statement under ESA Section 7, 16 U.S.C. § 1536.

50.    A person may acquire an Incidental Take Permit if a taking "is incidental to, and not the purpose of, the carrying out of an otherwise lawful activity." 16 U.S.C. § 1539(a)(1)(B). The Incidental Take Permit may only be issued after the applicant submits and NMFS approves a conservation plan. *Id*. § 1539(a)(2)(A).

51.    An Incidental Take Statement is issued by NMFS after a federal agency consults pursuant to ESA Section 7 before conducting a federal action, and NMFS has determined the taking is incidental and specifies reasonable and prudent measures to minimize impacts. *See* 16 U.S.C. § 1536.

52.    There are no exceptions to Section 9's take prohibition for emergencies. *See* 16 U.S.C. § 1538.

## V.    FACTUAL BACKGROUND

### A.    ONCORHYNCHUS MYKISS: THE STEELHEAD AND RAINBOW TROUT

53.    Coastal populations of the salmonid fish *Oncorhynchus mykiss* naturally occur as either a resident freshwater form, the rainbow trout, or as a sea-run (anadromous) form, the Steelhead. Peter B. Moyle, *Inland Fishes of California*

*Revised and Expanded* (2002); *see also* David A. Boughton et al., *Steelhead of the Southcentral/Southern California Coast: Population Characterization for Recovery Planning* (2006), https://repository.library.noaa.gov/view/noaa/3941; NMFS, *Southern California Steelhead Recovery Plan* (2012) ("2012 Recovery Plan"), https://repository.library.noaa.gov/view/noaa/15988; Neala W. Kendall et al.*, Anadromy and Residency in Steelhead and Rainbow Trout (Oncorhynchus mykiss): A Review of the Processes and Patterns*, 73 Can. J. Fisheries & Aquatic Sci. 319 (2015).

54.    The Steelhead life cycle involves three main stages: 1) adult spawning and the development of eggs and juveniles in streams and rivers; 2) migration of juveniles from natal streams to the ocean, sometimes with substantial residence in estuaries, while undergoing physiological and morphological changes for life in the marine environment (referred to as "smoltification"); and 3) the growth of oceanic Steelhead into mature adults, which then return to their natal or other accessible streams or rivers for spawning. Moyle (2002), *supra*, at 276-279.

55.    Generally, the freshwater juvenile stage lasts for one (1) to two (2) years and the developing marine stage for one (1) to four (4) years (typically two (2) years in southern California).

56.    After one year or two of feeding and growth in streams, juvenile Steelhead change into smolts, which enables them to migrate into, live, and grow in ocean environments. These changes encompass a streamlining of body form, increased tail fin depth, blackened tail fin margin, silver coloration, and other adjustments that allow the fish to tolerate seawater. Some of these changes can occur before and during the migration of juveniles from freshwater environments to

1  estuaries, and these smolts may spend time in estuaries before moving into the ocean,

2  or back up into freshwater. *See generally* Peggy J. Busby et al., *Status review of West*

3  *Coast Steelhead from Washington, Idaho, Oregon, and California* (1996),

4  https://repository.library.noaa.gov/view/noaa/2986; Sean A. Hayes et al., *Steelhead*

5  *Growth in a Small Central California Watershed: Upstream and Estuarine Rearing*

6  *Patterns*, 137 Transactions Am. Fisheries Soc'y 114 (2008); W. H. Satterthwaite et

7  al., *State-dependent Migration Timing and Use of Multiple Habitat Types in*

8  *Anadromous Salmonids*, 141 Transactions Am. Fisheries Soc'y 781 (2012); Cachuma

9  Operation & Maintenance Board ("COMB"), *2011 Annual Monitoring Summary and*

10  *Trend Analysis for the Biological Opinion for the Operation and Maintenance of the*

11  *Cachuma Project on the Santa Ynez River in Santa Barbara County, California*

12  (2013), https://www.cachuma-

13  board.org/files/79687fbc3/2011+Annual+Monitoring+Summary.pdf.

14      57.    Adult Steelhead in the ocean are able to find their way back to coastal

15  waters and then to their own natal streams. *See generally* Thomas P. Quinn, *The*

16  *Behavior and Ecology of Pacific Salmon and Trout* (2005); Kenneth J. Lohmann, *The*

17  *Sensory Ecology of Ocean Navigation*, 211 J. Experimental Biology 1719 (2008);

18  Nathan F. Putman et al., *Evidence for Geomagnetic Imprinting as a Homing*

19  *Mechanism in Pacific Salmon*, 23 Current Biology 312 (2013).

20      58.    Like most salmonids, Steelhead require flowing waters with cool to cold

21  water temperatures, high oxygen levels, and good water quality. The ability of

22  individual Steelhead to survive, tolerate, or thrive at a particular temperature depends

23  on their recent thermal history (*i.e.*, acclimation), the availability of thermal refuges

24  (generally cold springs), the length of exposure time, daily temperature fluctuations,

genetic background, life stage, interactions with other individuals and species, food availability, and stress from other factors (*e.g.*, pollution). *See generally* Christopher A. Myrick, *Temperature, Genetic, and Ration Effects on Juvenile Rainbow Trout (Oncorhynchus mykiss) Bioenergetics* (1998); Christopher A. Myrick & Joseph J. Cech, *Effects of Temperature on the Growth, Food Consumption, and Thermal Tolerance of Age-0 Nimbus-Strain Steelhead*, 67 N. Am. J. Aquaculture 324 (2005); Katherine Carter, *The Effects of Temperature on Steelhead Trout, Coho Salmon, and Chinook Salmon Biology and Function by Life Stage. Implications for Klamath Basin TMDLs* (2005), https://core.ac.uk/download/pdf/24067881.pdf; David A. Boughton et al., *Stream Temperature and the Potential Growth and Survival of Juvenile Oncorhynchus Mykiss in a Southern California Creek*, 52 Freshwater Biology 1353 (2007).

## B.    SOUTHERN CALIFORNIA STEELHEAD

59.    Steelhead are near the southern limits of their range in southern California. Native Steelhead populations in this region, extending from the Santa Maria River to the border with Mexico, have a variety of distinctive behavioral, physiological, and genetic traits.

60.    The flexible life histories of Steelhead populations (resident/anadromous, variable age at out-migration, variable age at maturity, etc.) allow them to persist through the floods, droughts, and wildfires common to Southern California. Each life history form buffers the other from environmental disturbances, with resident trout surviving in headwaters during dry times with no river connections to the ocean and no flows adequate for Steelhead passage, whereas sea-run Steelhead can re-establish or augment resident trout populations reduced by floods, droughts, or

1  wildfires. Because the size and fecundity (fertility) of adult sea-run Steelhead are

2  much greater than those of adult resident trout, even a few sea-run Steelhead can

3  greatly increase trout populations in headwater streams. *See generally* Moyle (2002),

4  *supra*.

5      61.    Despite adaptations for dealing with a variable and sometimes harsh

6  environment, widespread development, including specifically dams, have reduced

7  historical Southern California Steelhead runs from tens of thousands to current runs

8  that amount to a few individuals, and probably less than 500 sea-run individuals

9  region-wide. 2012 Recovery Plan; *see also* Peter B. Moyle et al., *Rapid Decline of*

10  *California's Native Inland Fishes: A Status Assessment*, 144 Biological Conservation

11  2414 (2011); Peter B. Moyle, *Salmon, Steelhead, and Trout in California: Status of*

12  *an Emblematic Fauna* (2008), https://calisphere.org/item/ark:/86086/n25m64k8/;

13  Peter Alagona, *A History of Steelhead and Rainbow Trout (Oncorhynchus mykiss) in*

14  *the Santa Ynez River Watershed, Santa Barbara County, California*, 111 Bull. S. Cal.

15  Acad. Sci. 163 (2012).

16      62.    Since 1997, NMFS has protected the anadromous Southern California

17  Steelhead Distinct Population Segment ("DPS") as a federally-listed endangered

18  species, that is, a species at risk of extinction, under the ESA. *See* Endangered and

19  Threatened Species: Listing of Several Evolutionary Significant Units (ESUs) of

20  West Coast Steelhead, 62 Fed. Reg. 43937-01 (Aug. 18, 1997) (to be codified at 50

21  CFR Parts 222 and 227); 2012 Recovery Plan; Peggy J. Busby et al., *supra*.

22      63.    "The endangered Southern California Steelhead DPS includes all adult

23  steelhead that have been to the ocean, all O. mykiss that are migrating to the ocean as

24  kelts or smolts, and all juvenile O. mykiss[] in watersheds where adult Steelhead are

found." *Wishtoyo Found. v. United Water Conservation Dist*., 2018 U.S. Dist. LEXIS 174505, at *35 (C.D. Cal., Sept. 23, 2018). "NMFS clarified in its 2006 Listing that although juvenile steelhead can be hard to distinguish from resident rainbow trout, because Section 4(e) of the ESA authorizes prohibiting the take of an unlisted species if its appearance closely resembles that of a listed species, NMFS has presumed that all juvenile O. mykiss in streams where listed steelhead occur are listed juvenile steelhead." *Id*. (internal quotations omitted).

64.    Southern California Steelhead smolts are particularly important to the migratory population as "[p]resent conditions for Steelhead throughout its range have made it more unlikely for adult Steelhead to successfully return to their natal streams and spawn than for resident O. mykiss to produce anadromous offspring/smolts that make it successfully to the ocean." *Id*. at *33; *see also id.* at *43. Moreover, "such smolts are still creating the potential for adult Steelhead to return and spawn successfully in freshwaters should barriers to adult Steelhead access to freshwaters be reduced." *Id.*

65.    All adult Steelhead, kelps, smolts, and juvenile O. mykiss in Gaviota Creek are part of the Southern California Steelhead DPS.

66.    Fish passage barriers and water diversion infrastructure can "block[] adult Steelhead from migrating upstream to the historic Steelhead breeding habitat," injure and kill passing adult and juvenile Steelhead, and "substantially diminish the functioning of a downstream migration corridor for adult and juvenile Steelhead, significantly impairing their essential breeding and migration patterns and impeding recovery of the species." *See Wishtoyo Found.*, 2018 U.S. Dist. LEXIS 174505, at *185–86.

C.    **GAVIOTA CREEK**

67.    Gaviota Creek discharges to the Pacific Ocean; it is located along the Gaviota Coast and runs largely parallel to U. S. Highway 101 in a north-south orientation.

68.    The 12,877-acre watershed of Gaviota Creek rises from sea level at Gaviota State Beach to 1,700 feet in elevation on the Las Cruces Creek tributary, north of where U.S. 101 and State Highway 1 intersect at Las Cruces. Tributaries, including the West Fork of Gaviota Creek, Las Canovas Creek, and Las Cruces Creek, flow from headwater springs north-west of Gaviota Peak to converge to form Gaviota Creek's Upper Reach, which flows for approximately five (5) miles toward Gaviota Canyon.

69.    The waters proceed through the Canyon Reach and Lower Reach another approximately two (2) miles before joining the Gaviota Lagoon, one of the largest estuarine systems along the southern Santa Barbara County coast. Gaviota Creek's Lower Reach is entirely within Gaviota State Park.

70.    The Gaviota Creek watershed is the largest watershed in coastal southern Santa Barbara County with approximately thirty-two (32) miles of high-quality stream habitat.

71.    The Gaviota Coast is reputed to be one of the top fifteen (15) biodiversity hot spots on the planet. It is a region where the ranges of northern and southern species overlap, cold ocean currents meet warmer currents, and where many endemic species are found.

COMPLAINT FOR DECLARATORY AND INJUNCTIVE RELIEF

72.     The watershed supports endangered and threatened species such as the tide-water goby, California red-legged frog, south-western pond turtle, and the Southern California Steelhead.

73.     The Gaviota Creek watershed is one of the few water systems in southern California that consistently hosts a viable population of Southern California Steelhead.

74.     Through an extensive population survey in 2002, NMFS determined that Steelhead are present in Gaviota Creek. *See* 2012 Recovery Plan at 2-6.

75.     Gaviota Creek is designated critical habitat for Steelhead. *See* Endangered and Threatened Species; Designation of Critical Habitat for Seven Evolutionary Significant Units of Pacific Salmon and Steelhead in California, 70 Fed. Reg. 52487 (Sept. 2, 2005).

76.     "Critical habitat is the specific areas…essential to the conservation of endangered and threatened species and that may need special management and protection." U.S. Fish & Wildlife Service, *Critical Habitat* (2017), https://www.fws.gov/sites/default/files/documents/critical-habitat-fact-sheet.pdf, 1; 16 U.S.C. § 1532(a)(5)(A).

77.     The Gaviota Creek population is a Core 2 population, which means it is necessary to achieve recovery of Southern California Steelhead. 2012 Recovery Plan at 7-4 - 7-5.

78.     Steelhead move in and out of the Gaviota Creek estuary at different times of the year to feed and prepare to migrate out into the ocean. In the winter/spring, some young steelhead migrate to the ocean. After a period of adjustment to the brackish water of the estuary, these young fish are better able to

tolerate the ocean's salt water. In addition, Steelhead of different age groups enter the estuary from upstream to feed during the wet months but then move back upstream as the stream flows decline, instead of heading out into the ocean. *See* Elihu M. Gevirtz & Wayne R. Ferren, Jr., *Restoration Potential of the Gaviota Creek Estuary and Environs* (2017), https://coastalranchesconservancy.org/wp-content/uploads/2017/12/Restoration-Potential-of-the-Gaviota-Creek-Estuary_Gevirtz-and-Ferren-Aug-2017.pdf.

79. Estuary habitat open to the ocean is critical to the survival of endangered Steelhead.

80. Like most remaining steelhead streams in California, Gaviota Creek experiences hot, dry summers, which leads to low flows and warm water temperatures, both of which negatively impact critical Steelhead life history requirements, including migration, spawning, growth, and survival. *See*, *e.g.*, Roger A. Barnhart, *Species Profiles: Life Histories and Environmental Requirements of Coastal Fishes and Invertebrates (Pacific Southwest), Steelhead* (1986), https://apps.dtic.mil/sti/tr/pdf/ADA173662.pdf, 11; *see also* Moyle (2002), *supra*.

81. Fish passage barriers and decreased water flow in Gaviota Creek inhibit access to potential and historic spawning sites and limit use of the habitat during various life stages of the Southern California Steelhead.

82. The Core 2 population inhabits portions of coastal watersheds that are at least seasonally accessible to Southern California Steelhead entering from the ocean.

83. The Core 2 population also inhabits the upstream portions of watersheds that are currently inaccessible to Southern California Steelhead due to man-made barriers but that were historically used by Southern California Steelhead.

84.    Gaviota Creek is part of the Conception Coast Biogeographic Population Group ("BPG"). 2012 Recovery Plan at 10-1. "Culverts and road crossings (along with other fish passage barriers such as small dams) are widespread throughout the Conception Coast BPG region, cutting off or severely reducing access to upstream spawning and rearing habitats for Steelhead." *Id.* at 10-11.

### D.    CALTRANS' RIGHT OF WAY IN GAVIOTA CREEK

85.    Caltrans controls Gaviota Creek where Highway 101 is adjacent to the Creek.

86.    The portion of Gaviota Creek within the Caltrans ROW is one of the most biologically productive portions of the Creek because it contains deep holding pools where Steelhead can find refuge during the hot, dry summer months. It is also the portion of the watershed where Steelhead nests, called redds, have been surveyed by the California Department of Fish and Wildlife ("CDFW"). Seventeen of these redds were located in this portion of the creek in 2022. None were seen in 2023.

87.    Caltrans built, owns, and maintains structures in or adjacent to the Gaviota Creek bed, including barriers to fish passage.

88.    Any actions that decrease surface flows and rearing habitat, reduce cool-water inflows, or raise water temperatures, impact Steelhead over a portion, if not all, of their life-history components. 2012 Recovery Plan at 4-4.

89.    Both NMFS and Caltrans consider road-related barriers in Gaviota Creek to be the primary threat to Steelhead in the Creek. *See* 2012 Recovery Plan at 10-10; NMFS, *2023 5-Year Review: Summary and Evaluation of Southern California Steelhead* (2023), https://repository.library.noaa.gov/view/noaa/55493 ("2023 5-Year Review"), 62–67; Caltrans, *2020 Fish Passage Annual Legislative Report* (2021)

("2020 Legislative Report"), https://dot.ca.gov/-/media/dot-media/programs/legislative-affairs/documents/fish_passage_report_2020-final-a11y.pdf, 35–36.

90.    The Southern California Steelhead Recovery Plan identifies removal of passage barriers within the Gaviota watershed as a critical recovery action. 2012 Recovery Plan at 10-22; *see also* NMFS, 2023 5-Year Review at 70 (identifying implementation of fish passage project on Gaviota Creek as a future action to be taken over the next five years).

91.    While Gaviota Creek offers great potential habitat for a larger population of Steelhead, numerous barriers presently limit the passage of fish upstream from the ocean.

**E.    CALTRANS' FOURTEEN BARRIERS TO FISH PASSAGE**

92.    Caltrans is required to annually prepare a report describing the status of its progress locating, assessing, and remediating barriers to fish passage. Cal. Sts. & High. Code § 156.1. Inclusion in these reports, therefore, means that Caltrans believes a structure is a barrier to fish passage.

93.    Since at least 2015, Caltrans has identified fourteen (14) barriers in Gaviota Creek as a statewide priority for removal. *See, e.g.*, Caltrans, 2015 Fish Passage Annual Legislative Report (2015), https://dot.ca.gov/-/media/dot-media/programs/legislative-affairs/documents/2015-coastal-anadromous-fish-passage-assessment-and-remediation-progress-report-a11y.pdf, 16; *see also* 2020 Legislative Report at 35–36.

94.    NMFS asserts that six (6) inches is the maximum drop suitable for passage of adult and juvenile Steelhead. Michael Love & Associates, *Gaviota Creek*

*Fish Passage and Geomorphic Assessment* (2007),

https://www.stoeckerecological.com/reports/Gaviota_Passage_Report_FINAL.pdf,

38. Caltrans' fourteen barriers each create a drop of greater than six (6) inches. *Id*.

95.     These barriers significantly impede Steelhead migration to and from more than twenty-five (25) miles of quality upstream habitat.

96.     The barriers hinder and can completely block adult Steelhead from migrating upstream to the historic Steelhead breeding habitat in Gaviota Creek and its tributaries located above the barriers, significantly impairing essential breeding and migration patterns and impeding recovery of the species.

97.     Juvenile Steelhead can pass over the barriers to migrate downstream.

98.     Juvenile Steelhead are injured by passing over the barriers.

99.     The Conservancy has documented (and photographed) Steelhead strandings below these barriers where Steelhead have been isolated in pools below barriers, preventing their movement into cool, spring-fed refuges as the dry season progresses.



COMPLAINT FOR DECLARATORY AND INJUNCTIVE RELIEF

100.   As such, these fourteen (14) barriers have modified and continue to modify critical Steelhead habitat in Gaviota Creek in such a way that is disrupting fish passage, an essential behavior for Steelhead. *See Strahan*, 910 F. Supp. 2d at 366–67; *Sweet Home*, 515 U.S. at 700; *Marbled Murrelet*, 83 F.3d at 1064–67.

101.   Caltrans has stated that if the "[f]ish passage barriers [] remain in their existing condition, [they would] prevent[] endangered steelhead from using their critical habitat." Caltrans, *Notice of Preparation of a Draft Programmatic Environmental Impact Report for the Gaviota Creek Improvement Project in Santa Barbara County, CA* (2022) ("Notice of Preparation"), https://dot.ca.gov/-/media/dot-media/district-5/documents/05-1m440-nop-b-a11y.pdf, 6.

102.   The modification of these structures to allow fish to pass is necessary to re-establish a healthy Steelhead population. *Id*.

103.   Caltrans has begun the planning and approval process for the Gaviota Creek Improvement Project to remove fish barriers on Gaviota Creek. *See* Notice of Preparation at 1.

104.   As part of the Improvement Project, five grade control structures from post mile forty-six-point-nine (46.9) to post mile forty-seven-point-two (47.2) will be removed and replaced with a roughened channel, eight grade control structures from post mile forty-seven-point-five (47.5) to post mile forty-seven-point-nine (47.9) will be removed and replaced, fish passage barriers associated with existing concrete box culverts at post miles forty-eight-point-five-five (48.55) and forty-nine-point-six (49.6) will be "remediated," and, at post mile forty-nine-point-six (49.6), a single-span bridge will be installed to replace an existing concrete box culvert, which will be removed. *Id*. at 2.

105.   As of October 2023, the Improvement Project was still in the "Early-Stage Planning Phase," and had only secured funding for one of the four segments of construction. Caltrans, *Gaviota Creek Fact Sheet* (2023) 2.

106.   The completion dates of these projects are unknown and contingent. Implementation has been "pending" for decades and continues to be delayed. According to internal emails obtained by the Conservancy via Public Records Act request from July 8, 2023, Caltrans recently pushed the estimated completion date of the project from 2027 to 2031.

107.   Caltrans' installation, operation, and maintenance of these fourteen barriers in Gaviota Creek, and in particular its longstanding failure to expeditiously remove these barriers, has harmed and harassed, and continues to harm and harass, Steelhead by impairing their essential migratory behaviors. *See* 50 C.F.R. § 17.3.

108.   Such harm and harassment constitutes a "take" under the ESA. *Id*.

109.   This take is likely to continue and recur over the next seven years before Caltrans completes its planned removal of these fourteen barriers from Gaviota Creek.

110.   Based on information currently available to the Conservancy, Caltrans has never obtained a permit for the take of Steelhead resulting from the fourteen (14) barriers it maintains in Gaviota Creek.

111.   Accordingly, any take of Steelhead caused by the fourteen (14) Caltrans barriers in Gaviota Creek has violated and will continue to violate the ESA. *See* 16 U.S.C § 1538; 50 C.F.R. §§ 224.102, 17.21.

COMPLAINT FOR DECLARATORY AND INJUNCTIVE RELIEF

**F.    THE GAVIOTA CREEK SCOUR REPAIR PROJECT**

112.    In May 2023, Caltrans began seeking approval to implement the Scour Repair Project on State Highway 101, adjacent to and within Gaviota Creek, near the unincorporated community of Gaviota in Santa Barbara County, California. Caltrans, *Emergency Highway Repair Interagency Emergency Notification Form* (2023) ("Emergency Notification Form") 1.

113.    The Caltrans Project Identifier Number for the Scour Repair Project is 0523000150.

114.    Caltrans asserted that the Project is exempt from the requirements of several statutes, including the California Environmental Quality Act ("CEQA") and Fish & Game Code because, in its view, implementing the Project as expeditiously as possible was necessary to prevent an "emergency." Emergency Notification Form at 1.

115.    To justify use of this emergency procedure, Caltrans stated that heavy storms in January 2023 caused flows in Gaviota Creek to damage existing revetments and compromised the stability of Highway 101. *Id.*

116.    However, scouring and damage to Highway 101 was not a result of a sudden disaster, but rather was known and anticipated for years. The Conservancy and other organizations alerted Caltrans to the imminent failure of the retaining wall approximately three-and-one-half (3.5) years ago.

117.    In fact, one of the stated primary purposes of the Improvement Project is to "stabilize structures that support the U.S. 101 highway shoulder and embankment" because "scour has undermined several existing grade control structures, culverts,

sack-concrete bank protection, and retaining walls in Gaviota Creek." Notice of Preparation, *supra*, at 1.

118.    According to the Emergency Notification Form, the Scour Repair Project includes, *inter alia*, demolishing an existing median barrier, installing a new 550-foot-long secant wall and rock slope protection, and repaving and landscaping.

119.    On June 16, 2023, Caltrans executed a CEQA/NEPA Categorical Exclusion form affirming project adherence to conditions established by NMFS.

120.    The conditions include avoidance of "placement or construction of structures or grade control elements perpendicular to streamflow, across the width of the active channel" and assurance that "the post-construction channel (1) [will] remain[] composed of ungrouted natural stream material (i.e., sand, cobbles, and gravel) and (2) [will] maintain[] similar width, depth, and slope to the natural channel upstream and downstream of the work areas such that steelhead passage is maintained."

121.    On September 19, 2023, Caltrans executed another CEQA/NEPA Categorical Exclusion form. The form again affirmed project adherence to conditions established by NMFS.

122.    On December 2, 2023, the Conservancy observed that Defendants' excavation of the stream bed and removal of numerous boulders and gravel led to dirt fill throughout the channel and portions of the stream profile being lowered by approximately 4 feet.

123.    As part of the Scour Repair Project, Defendants dewatered and diverted segments of Gaviota Creek.

COMPLAINT FOR DECLARATORY AND INJUNCTIVE RELIEF

124.   During a July 19, 2023, project site visit, CDFW Senior Environmental Scientist (Specialist) Erika Cleugh observed temporary roads and stream diversion systems impacting and spanning the Gaviota Creek stream channel, which "deviated from CDFW's prior understanding of the potential impacts of the project on the stream and fish passage." Letter from Victoria Tang, Acting Reg'l Manager, S. Coast Region, CDFW to Sunny McBride, Caltrans Dist. 5 (Aug. 30, 2023) 1 ("CDFW Notice of Violation Letter").

125.   The water diversion bypass system used a coffer dam at the upstream end and conveyed stream water in a 36-inch diameter plastic pipe. The pipe was approximately one thousand (1,000) feet long.

126.   The pipe posed a barrier to Steelhead moving up and downstream, which is essential for Steelhead to survive the hot dry summer months when they must find pools of cool water. Dewatering and diverting Gaviota Creek destroyed essential refugia pools within the Scour Repair Project's footprint for the duration of the project.

127.   "Three (3) previously identified partial fish barriers were buried by the project activities." CDFW Notice of Violation Letter at 1.

128.   As a result of the Scour Repair Project, large boulders were placed in the middle of Gaviota Creek, which created additional barriers to fish passage.

129.   The Scour Repair Project harmed and harassed, and its unremediated impacts continue to harm and harass, Steelhead by impairing essential behaviors, such as sheltering and migration.

130.   The Gaviota Secant Wall Emergency Project Draft Species Relocation Report ("Relocation Report") submitted to CDFW on August 10, 2023, states that

sixteen (16) Steelhead were relocated during the Scour Repair Project. To relocate Steelhead, "D-shaped dipnets were used to capture the fish as water levels were reduced in each pool. Species were generally moved by hand and bucket, each filled with water from the creek and equipped with a portable aerator." Relocation Report at 1.

131.   As such, Defendant trapped Steelhead to move them away from the Scour Repair Project site.

132.   According to the Relocation Report, the Scour Repair Project has directly resulted in the mortality of at least three (3) individual Steelhead.

133.   Prior to undertaking the Scour Repair Project, Caltrans sought and acquired coverage under the Regional General Permit 63 ("RGP63"). That permit includes conditions imposed by NMFS to protect Steelhead. RGP63 makes clear that "[a]uthorization of an activity by the RGP does NOT authorize the 'take' of a listed threatened or endangered species, as defined under the Federal ESA." *See* Dep't of the Army, *Regional General Permit (RGP) No. 63 for Repair and Protection Activities in Emergency Situations*, File No. SPL-2018-00038-CLH, ¶ 9 (2018).

134.   During a May 19, 2023, meeting regarding the Scour Repair Project, representatives from CDFW "recommended Caltrans obtain an incidental take permit for Southern California Steelhead." CDFW Notice of Violation Letter at 1.

135.   However, Caltrans did not obtain an incidental take permit issued pursuant either to state law or to 16 U.S.C. § 1539(a)(1) prior to implementing the Scour Repair Project.

136.   NMFS did not issue an incidental take statement, pursuant to 16 U.S.C § 1536, allowing for the incidental take of Steelhead prior to the Scour Repair Project being implemented.

137.    Caltrans has never had a permit to take Steelhead before, during, or after the implementation of the Scour Repair Project.

138.    Accordingly, Caltrans' killing, trapping, harming, and harassment of Steelhead caused by the implementation of the Scour Repair Project, in particular by the dewatering and diversion of Gaviota Creek, has violated and continues to violate the ESA. *See* 16 U.S.C § 1538; 50 C.F.R. §§ 224.102, 17.21.

## FIRST CAUSE OF ACTION

**Against Defendants California Department of Transportation and Tony Tavares, in his official capacity as Director of California Department of Transportation, pursuant to Endangered Species Act, 16 U.S.C. §1540, for Violations of the Endangered Species Act Section 9, 16 U.S.C. § 1538, for building, operating, and maintaining fish passage barriers along Gaviota Creek**

139.    Plaintiff incorporates each paragraph of this Complaint, herein.

140.    Caltrans is required to comply with ESA Section 9, 16 U.S.C. § 1538, and its implementing regulations.

141.    Caltrans built, operates, and maintains fourteen (14) barriers to Steelhead passage along Gaviota Creek.

142.    The construction and operation and maintenance of these barriers results in unauthorized take of Steelhead by harassing, trapping, stranding, and/or capturing Steelhead and/or causing significant habitat modification and degradation for Steelhead which kills, injures, or deleteriously impacts the species by significantly impairing essential behavioral patterns, including breeding, spawning, rearing, migrating, feeding, or sheltering, without incidental take permit authorization. 16 U.S.C. §§ 1538(a)(1)(B), 1532(19), 1539; 50 C.F.R. §§ 222.102, 17.3.

143.   The construction and/or operation and maintenance of the barriers has resulted in take of Southern California Steelhead, in violation of ESA Section 9, within the previous five years.

144.   The construction and/or operation and maintenance of the barriers continues to cause take of Southern California Steelhead, in violation of ESA Section 9.

145.   The take caused by the construction and/or operation and maintenance of the barriers injures and causes irreparable harm to the Conservancy and its members.

146.   The Conservancy has no plain, speedy, or adequate remedy in the ordinary course of law because Caltrans will continue to violate ESA Section 9, 16 U.S.C. § 1538, unless compelled to comply by the Court.

147.   Thus, an actual controversy between the Conservancy and Caltrans exists concerning Caltrans' compliance with the ESA.

## SECOND CAUSE OF ACTION

**Against Defendants California Department of Transportation and Tony Tavares, in his official capacity as Director of California Department of Transportation, pursuant to Endangered Species Act, 16 U.S.C. §1540, for Violations of the Endangered Species Act Section 9, 16 U.S.C. § 1538, for implementation of the Scour Repair Project**

148.   Plaintiff incorporates each paragraph of this Complaint, herein.

149.   Caltrans has violated and is violating ESA Section 9's prohibition on the unauthorized take of Steelhead by harassing, wounding, killing, trapping, stranding and/or capturing Steelhead, and/or causing significant habitat modification and degradation for Steelhead which kills, injures, or deleteriously impacts the species by significantly impairing essential behavioral patterns, including breeding, spawning, rearing, migrating, feeding, or sheltering, by implementing the Scour Repair Project

1    without incidental take permit authorization. 16 U.S.C. §§ 1538(a)(1)(B), 1532(19),

2    1539; 50 C.F.R. §§ 222.102, 17.3.

3        150.    Caltrans, as the state agency implementing the Project, is required to

4    comply with ESA Section 9, 16 U.S.C. § 1538, and its implementing regulations.

5        151.    The Scour Repair Project has resulted in take of Southern California

6    Steelhead, in violation of ESA Section 9, within the previous five years.

7        152.    The Scour Repair Project continues to cause take of Southern California

8    Steelhead, in violation of ESA Section 9.

9        153.    The take caused by the Scour Repair Project injures and causes

10    irreparable harm to the Conservancy and its members.

11        154.    The Conservancy has no plain, speedy, or adequate remedy in the

12    ordinary course of law because Caltrans will continue to violate ESA Section 9, 16

13    U.S.C. § 1538, unless compelled to comply by the Court.

14        155.    Thus, an actual controversy between the Conservancy and Caltrans

15    exists concerning Caltrans' compliance with the ESA.

16        WHEREFORE, Plaintiffs pray for the following relief:

17                        **PRAYER FOR RELIEF**

18        156.    The Conservancy respectfully requests that this Court grant the

19    following relief:

20        157.    A Declaratory Judgment that Caltrans has violated and is in violation of

21    ESA Section 9 by taking listed Steelhead without authorization;

22        158.    An Injunction prohibiting Caltrans from violating ESA Section 9 and

23    ordering Caltrans to mitigate the impacts of the take that has already occurred;

24

COMPLAINT FOR DECLARATORY AND INJUNCTIVE RELIEF

159.   An award of Plaintiffs' reasonable attorneys' fees and costs as authorized under 16 U.S.C. § 1540(g)(4); and

160.   Any such other relief as the Court deems just and proper.

DATED: January 18, 2024                    Respectfully submitted,


                                           AQUA TERRA AERIS LAW GROUP


                                           */s/ Erica A. Maharg*
                                           Erica A. Maharg
                                           Attorneys for Plaintiffs Coastal Ranches
                                           Conservancy


                                           SYCAMORE LAW


                                           */s/ Daniel Cooper*
                                           Daniel Cooper
                                           Attorneys for Plaintiffs Coastal Ranches
                                           Conservancy

                              ATTESTATION

All other signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.

                                           */s/ Erica A. Maharg*
                                           Erica A. Maharg