# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| COASTAL RANCHES CONSERVANCY, a California non-profit,<br><br>Plaintiff,<br><br>v.<br><br>TONY TAVARES, in his official capacity as Director of the California Department of Transportation,<br><br>Defendant. | Case No. 2:24-CV-00468-DSF-RAO<br><br>**ORDER ON DEFENDANT'S UNOPPOSED APPLICATION TO FILE 12-PAGE REVISED REPLY IN SUPPORT OF DEFENDANT'S MOTION FOR SUMMARY JUDGMENT IN LIEU OF ORIGINALLY FILED REPLY**<br><br>**(Endangered Species Act, 16 U.S.C. § 1531 et seq.)**<br><br>**Hearing date: TBD**<br>**Hearing time: TBD**<br>**Courtroom:   7D**<br>**Judge:        Hon. Dale S. Fischer** |

The Court hereby grants DEFENDANT'S UNOPPOSED APPLICATION TO FILE 12-PAGE REVISED REPLY IN SUPPORT OF DEFENDANT'S MOTION FOR SUMMARY JUDGMENT IN LIEU OF ORIGINALLY FILED REPLY.

**IT IS SO ORDERED.**

DATED: January 9, 2025

_____
Honorable Dale S. Fischer
UNITED STATES DISTRICT JUDGE