# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES - TRIAL

| | |
|---|---|
| Case No. | CV 24-00468 DSF (RAOx) |
| Title: | Coastal Ranches Conservancy v. Tony Tavares |
| Date | October 8, 2025 |

Present: The Honorable **Dale S. Fischer**

| Patricia Kim | Miranda Algorri |
|---|---|
| *Deputy Clerk* | *Court Reporter/Recorder* |

**Attorneys Present for Plaintiff(s):**
Erica Maharg, Daniel G. Cooper, Theresa M. Trillo, Hannah Mathieson

**Attorneys Present for Defendants:**
Hunter Collins, Abigail Fish

__2nd__ Day Court Trial     ____ Day Jury Trial

____ One day trial:   ____ Begun (1st day);   ____ Held & Continued;   __X__ Completed by jury verdict/submitted to court.

- [ ] The Jury is impaneled and sworn.
- [ ] Opening statements made by ____
- [x] Witnesses called, sworn and testified.   [x] Exhibits Identified   [x] Exhibits admitted.
- [ ] Plaintiff(s) rest.   [x] Defendant(s) rest.
- [ ] Closing arguments made by ____ plaintiff(s) ____ defendant(s). ____ Court instructs jury.
- [ ] Bailiff(s) sworn.   ____ Jury retires to deliberate.   ____ Jury resumes deliberations.
- [ ] Jury Verdict in favor of ____ plaintiff(s) ____ defendant(s) is read and filed.
- [ ] Jury polled.   ____ Polling waived.
- [ ] Filed Witness & Exhibit Lists   ____ Filed jury notes.   ____ Filed jury instructions.
- [ ] Judgment by Court for ____ plaintiff(s) ____ defendant(s).
- [ ] Findings, Conclusions of Law & Judgment to be prepared by ____ plaintiff(s) ____ defendant(s).
- [x] Case submitted.   [x] Briefs to be filed by   TBD
- [ ] Motion to dismiss by ____ is ____ granted. ____ denied. ____ submitted.
- [ ] Motion for mistrial by ____ is ____ granted. ____ denied. ____ submitted.
- [ ] Motion for Judgment/Directed Verdict by ____ is ____ granted. ____ denied. ____ submitted.
- [ ] Settlement reached and placed on the record.
- [ ] Clerk reviewed admitted exhibits with counsel to be submitted to the Jury/Court for deliberation/findings.
- [x] Counsel stipulate to the return of exhibits upon the conclusion of trial. Exhibit Release Form prepared and filed.
- [ ] Trial subpoenaed documents returned to subpoenaing party.
- [ ] Case continued to ____ for further trial/further jury deliberation.
- [ ] Other: ____

5 : 47

Initials of Deputy Clerk   pk

cc: