JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| COASTAL RANCHES CONSERVANCY,<br>    Plaintiff,<br><br>                v.<br><br>TONY TAVARES, in his official capacity as Director of the California Department of Transportation,<br>    Defendant. | 2:24-cv-00468-DSF-RAOx<br><br><br>JUDGMENT |

The Court having conducted a bench trial on October 7 and October 8, 2025, and having found in favor of Defendant Tony Tavares, in his official capacity as Director of the California Department of Transportation, and against Plaintiff Coastal Ranches Conservancy,

IT IS ORDERED AND ADJUDGED that Plaintiff take nothing, that the action be dismissed with prejudice, and that Defendant recover costs of suit pursuant to a bill of costs filed in accordance with 28 U.S.C. § 1920.

Date:  May 21, 2026

_____
Dale S. Fischer
United States District Judge